UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff

vs.

Reyes - Garcia

Defendant(s)

CRIMINAL NO. 08 MJ 0815

ORDER

RELEASING MATERIAL WITNESS

Booking No.

On order of the United States ~~District~~/Magistrate Judge, Anthony J. Battaglia

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

Maria Elisa Moreira-Martinez

DATED: 03/24/08

Anthony J. Battaglia

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED ____________
DUSM

OR

W. SAMUEL HAMRICK, JR. Clerk

by [signature]
Deputy Clerk